IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LOIS WELLS,                                              3:10-cv-00428-JE

        Plaintiff,                                ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

TIM WILBORN
Wilborn Law Office, P.C.
P.O. Box 2768
Oregon City, OR 97045

        Attorney for Plaintiff

1 - ORDER

**DWIGHT C. HOLTON**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204

**DAVID MORADO**
Regional Chief Counsel
**KATHRYN ANN MILLER**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900, M/S 901
Seattle, WA 98104

        Attorneys for Defendant


**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#15) on July 21, 2011, in which he recommends this Court grant Plaintiff's request for an order reversing the decision of the Commissioner of Social Security and remand this matter for an award of benefits. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not

2 - ORDER

find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#15). Accordingly, the Court **GRANTS** Plaintiff's request (#2) for an order reversing the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

IT IS SO ORDERED.

DATED this 30th day of August, 2011.

_____
ANNA J. BROWN
United States District Judge

3 - ORDER