IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LOIS WELLS,**                                                              10-CV-00428-JE
       **Plaintiff,**

                                                                       **JUDGMENT OF REMAND**

**v.**

**MICHAEL J. ASTRUE, Commissioner
of the Social Security
Administration,**

       **Defendant.**

    Based on the Court's Opinion and Order (#17) issued August 30, 2011, this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits

    DATED this 30th day of August, 2011.

                                                                /s/ Anna J. Brown
                                                        ANNA J. BROWN
                                                       United States District Judge

1 - JUDGMENT OF REMAND