IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LOIS WELLS,                                    3:10-CV-00428-JE

        Plaintiff,                         ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

BROWN, Judge.

    Magistrate Judge John Jelderks issued Findings and Recommendation (#33) on February 14, 2012, in which he recommends this Court grant Plaintiff's Application (#19) for Fees Pursuant to the Equal Access to Justice Act to the extent that the Court should award Plaintiff attorneys' fees in the amount of $5,544.62. The matter is now before this Court pursuant to 28

1 - ORDER

U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#33). Accordingly, the Court **GRANTS** Plaintiff's Application (#19) for Fees Pursuant to the Equal Access to Justice Act to the extent that the Court awards Plaintiff attorneys' fees in the amount of **$5,544.62**.

IT IS SO ORDERED.

DATED this 8th day of March, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge